ACHILLE J. OISHEI, Respondent, *v.* PENNSYLVANIA RAILROAD COMPANY, Appellant, Impleaded with GIOVANNI BONADDIO, Defendant.

SAME, Respondent, *v.* SAME, Appellant, Impleaded with VINCENZO MORENNA, Defendant.

SAME, Respondent, *v.* SAME, Appellant, Impleaded with VINCENZO SPINA, Defendant.

SAME, Respondent, *v.* SAME, Appellant, Impleaded with DOMENICO FARRARELLI, Defendant.

SAME, Respondent, *v.* SAME, Appellant, Impleaded with FRANCESCO GRASTELLO, Defendant.

*Oishei* v. *Pennsylvania R. R. Co.,* 117 App. Div. 110, 117, 118, 119, affirmed.

(Argued March 3, 1908; decided March 31, 1908.)

APPEAL in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 19, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to enforce an attorney's lien.

*Norman B. Beecher* and *Granville Barrere* for appellant.

*Nelson L. Keach, Thomas J. O'Neil* and *Achille J. Oishei* for respondent.

Judgment in each case affirmed, with full costs in the *Bonaddio* case and with costs exclusive of argument fee in the other cases; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ. Not sitting: VANN, J.